Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
ADRIANNA PEDRIN

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANNA PEDRIN<br><br>Plaintiff,<br><br>vs.<br><br>THE JUDGE LAW FIRM, A LAW CORPORATION and DOES 1 THROUGH 20<br><br>Defendants. | Case No. '15CV1932 BEN KSC<br><br>**COMPLAINT FOR DAMAGES**<br><br>**[DEMAND FOR JURY TRIAL]** |

Plaintiff ADRIANNA PEDRIN alleges as follows:

1. Plaintiff ADRIANNA PEDRIN (hereinafter referred to as “Plaintiff”), brings this lawsuit against THE JUDGE LAW FIRM, A LAW CORPORATION (“TJLF” or “Defendant”) for violations of the Federal Fair Debt Collection Practices Act (“FDCPA”). Accordingly, Plaintiff brings this action to seek actual damages, statutory damages, attorneys’ fees and costs, and other relief the Court deems appropriate.

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

## II.
## PARTIES

2. Plaintiff is, and at all times mentioned herein was, an individual, residing in the County of San Diego, State of California.

3. Plaintiff is a consumer as defined by 15 U.S.C. section 1692a(3).

4. Plaintiff is informed and believes, and thereupon alleges, that TJLF is, and at all times mentioned herein was, a law firm conducting and engaging in business in the county of San Diego, in the State of California.

5. Plaintiff is informed and believes, and thereupon alleges, that TJLF uses an instrumentality of interstate commerce or the mails in a business the principal purpose of which is the collection of debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is therefore a debt collector as that phrase is defined by 15 U.S.C. section 1692a(6).

6. TJLF attempted to collect a consumer debt as defined under the FDCPA.

7. Plaintiff is informed and believes and thereupon alleges that at all times herein mentioned each of the Defendant was the agent, servant, employee, or partner of each of the remaining defendants and, in committing the acts and omissions hereinafter alleged, was acting within the course and scope of such agency, employment, partnership, or other business relationship, and were each responsible for the acts and omissions alleged in this complaint.

## III.
## JURISDICTION AND VENUE

8. This Court has jurisdiction under 15 U.S.C. section 1692k(d) and 28 U.S.C. section 1331.

9. This action arises out of violations of the FDCPA. Because TJLF does business within the County of San Diego, State of California, personal jurisdiction is established.

10. Venue is proper pursuant to 28 U.S.C. section 1391.

## IV.
## RELEVANT FACTS

11. On or about November 15, 2010, TJLF filed a collection lawsuit on behalf of Windingwalk Master Associations ("Windingwalk") in the San Diego Superior Court, court case number 37-2010-00080520-CL-BC-SC, against Plaintiff for delinquent home owner association dues. This case is identified by TJLF as file number 6772.0096. Plaintiff currently takes no position as to the validity of this alleged debt. A copy of the Collection Complaint is attached hereto as **Exhibit 1**, and is incorporated herein by reference.

12. On or about October 18, 2011, TJLF obtained a default judgment on behalf of Windingwalk against Plaintiff. The default judgment awarded Windingwalk $4,414.43 in damages, $750.00 in attorney's fees, and $450.00 in costs. The total default judgment was in the amount of $5,614.43. A copy of the Default Judgment and supporting declaration of attorney's fees is attached hereto as **Exhibit**

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

**2**, and is incorporated herein by reference.

13. On or about August 9, 2013, TJLF filed memorandum of costs after judgment in the San Diego Superior Court, requesting $2,250.00 in additional attorney's fees and $578.00 for additional costs. This brought up the total amount of attorney's fees to $3,000.00 (e.g. $750 + $2,250.00 = $3000.00) and the total costs to $1,028.00 (e.g. $450 + 578.00 = $1,028.00). A copy of the Memorandum of Costs and supporting declaration of attorney's fees is attached hereto as **Exhibit 3**, and is incorporated herein by reference.

14. Sometime after December 8, 2014, Plaintiff received a collection notice, dated December 8, 2014 from TJLF. The notice referred to two different file numbers, however only file number 6772.0096 is at issue in this case. The notice indicated that Plaintiff owes $4,414.43 for assessment thru September 7, 2011, $1,764.32 in interest, $3,500.00 in attorney's fees, and $2,711.80 in collection costs. The total demanded on this file number was $11,345.62. A copy of the December 8, 2014 collection notice is attached hereto as **Exhibit 4**, and is incorporated herein by reference.

15. On or about February 9, 2015, TJLF filed a second memorandum of costs after judgment in the San Diego Superior Court, requesting $0.00 in attorney's fees and $240.00 for additional costs. This brought up the total amount of costs to $1,268.00 (e.g. $1,028.00 + 240.00). A copy of the Memorandum of Costs is attached hereto as **Exhibit 5**, and is incorporated herein by reference.

16. Sometime after February 26, 2015, Plaintiff received another collection notice, dated February 26, 2015, from TJLF. The collection notice (referred to file number 6772.0096) and indicated that Plaintiff owed $4,414.43 for assessment thru September 7, 2011, $1,887.37 in interest, $3,000.00 in attorney's fees, and $2,682.44 in collection costs. The total demanded on this file number was $10,759.31, which was approximately $586.31 less than the amount demanded in the December 8, 2014 collection notice. A copy of the February 26, 2015 collection notice is attached hereto as **Exhibit 6**, and is incorporated herein by reference.

17. On March 17, 2015, Plaintiff's counsel sent a letter to TJLF, disputing the alleged debt and seeking a verification of the alleged debt. Plaintiff's counsel also informed TJLF that all communications should be address to him. A copy of Plaintiff counsel's March 17, 2015 letter is attached hereto as **Exhibit 7**, and is incorporated herein by reference.

18. TJLF acknowledged Plaintiff's counsel letter on or about March 27, 2015. A copy of TJLF's March 27, 2015 letter is attached hereto as **Exhibit 8**, and is incorporated herein by reference.

19. On June 25, 2015, TJLF sent a letter to Plaintiff's counsel, indicating that the amount due on file number 6772.0096 [erroneously referred to as 6598.0096] was $10,917.36. The letter indicated that Plaintiff owes $4,414.43 for assessment thru September 7, 2011, $2,074.42 in interest, $3,000.00 in attorney's fees, and $2,657.44 in collection costs. According to the June 25, 2015 letter, the total amount of

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

attorney's fees was $500.00 less than what was demanded in TJLF's collection notice dated December 8, 2014. The amount of costs were also less than what was demanded in TJLF's collection notices dated December 8, 2014 and February 26, 2015. A copy of TJLF's June 25, 2015 letter is attached hereto as **Exhibit 9**, and is incorporated herein by reference.

## V.
## FIRST CAUSE OF ACTION
## (Violation of the FDCPA Against All Defendants)

20. Plaintiff re-alleges paragraphs 1 through 19, above, as if fully set forth herein.

21. TJLF violated the FDCPA by violating 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10), 1692f, and 1692(f)(1).

22. TJLF violated 15 U.S.C. sections 1692e, 1692e(2)(A), and 1692e(10) because its collection notices failed to state the accurate amount of the debt. The collection notice, dated December 8, 2014, stated that Plaintiff owed $11,345.62 when in fact Plaintiff did not. TJLF's subsequent collection notice, dated February 26, 2015, indicated that the amount allegedly owed was $10,759.31 and not $11,345.62.

23. TJLF violated 15 U.S.C. sections 1692e, 1692e(2)(A), and 1692e(10) by stating different amounts of the debt without explaining why the amount in the February 26, 2015 notice was less than the amount stated in the December 8, 2014 notice.

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

24. TJLF violated 15 U.S.C. sections 1692e, 1692e(2)(A), and 1692e(10) because it clearly sought to collect different amounts from Plaintiff. These collection attempts were deceptive, confusing, and unlawful. The least sophisticated debtor would not know what the amount owed actually is.

25. TJLF violated 15 U.S.C. sections 1692e, 1692e(2)(A), and 1692e(10) because the collection notices were confusing and misleading. The December 8, 2014 notices indicated that Plaintiff owed $3,500.00 in attorney's fees, while the February 26, 2015 notice states that Plaintiff owed $3,000.00 in attorney's fees, which is $500.00 less. Moreover, TJLF's June 25, 2015 letter to Plaintiff's counsel, indicates that the amount of attorney's fee are $3,000.00, not $3,500.00. It is unclear what the actual attorney's fees are, making these notices confusing and misleading.

26. TJLF violated 15 U.S.C. sections 1692e, 1692e(2)(A), and 1692e(10) because the collection notices were confusing and misleading. The December 8, 2014 notices indicated that Plaintiff owed $2,711.80 in collection costs while the February 26, 2015 notice indicated that the collection costs were $2,682.44. Moreover, TJLF's June 25, 2015 letter to Plaintiff's counsel, indicates that the amount of costs are $2,657.44 and not $2,711.80 or $2,682.44. It is unclear what the actual collection costs are, making these notices confusing and misleading.

27. TJLF violated 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10), 1692f, and 1692f(1) because the amount of attorney's fees it attempted to collect from Plaintiff was inaccurate and/or confusing and misleading. Upon information and

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

belief, TJLF was only entitled to $3,000.00 in attorney's fees but attempted to collect $3,500.00 from Plaintiff, which is more than they were legally entitled to. In fact, TJLF's own letter, dated June 25, 2015, indicates that the actual amount of attorney's fees are actually $3,000.00 and not $3,500.00.

28. TJLF violated 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10), 1692f, and 1692f(1) because the amount of collection costs it attempted to collect was inaccurate and/or confusing and misleading. Upon information and belief, TJLF was only entitled to $1,028.00 in costs, but attempted to collect $2,711.80 in collection costs in its December 8, 2014 notice and $2,682.44 in its February 26, 2015 notice. In fact, TJLF's own letter, dated June 25, 2015, indicates that the actual amount of collection costs are $2,657.44 and not $2,711.80 or $2,682.44.

29. As a result of each and every violation of the FDCPA, Plaintiff has suffered actual damages and harm resulting from TJLF's actions as heretofore alleged, including but not limited to worry, emotional distress, anxiety, humiliation, and out-of-pocket expenses including but not limited to gasoline expenses, postage expenses, and telephone charges, the exact amount of which is to be proven at trial.

30. As a result of each and every violation of the FDCPA, Plaintiff is entitled to actual damages pursuant to 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 1692k(a)(2)(A) and reasonably attorneys' fees and costs pursuant to 15 U.S.C. section 1692k(a)(3).

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

## VI.
## PRAYER FOR DAMAGES AND OTHER REMEDIES

1. For actual damages;
2. For statutory damages;
3. For interest according to law;
4. For attorneys' fees;
5. For costs of suit herein incurred; and
6. For other and further relief as the court may deem proper.

DATED: August 31, 2015

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
Adrianna Pedrin